**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 173 EAL 2018

                Respondent   :

                         :   Petition for Allowance of Appeal from

                         :   the Order of the Superior Court

          v.                 :

                         :

ISHMAIL MYRICK,                 :

                         :

              Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.